UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
FRANCHETT JONES,                )
       Plaintiff,           )
                                )
       v.                    )   1:07-cv-02170 (JR)
                                )
DISTRICT OF COLUMBIA            )
 HOUSING AUTHORITY *et al.*,    )
       Defendants.          )
                                )
_____ )

*PRAECIPE*

    Will the Clerk of the Court please note the entry of appearance by Frederick A. Douglas as counsel for THE DISTRICT of COLUMBIA HOUSING AUTHORITY, MICHAEL P. KELLY, and LORRY BONDS, in the case at bar.

                    Respectfully submitted,

                    DOUGLAS & BOYKIN PLLC

                    /s/ Frederick A. Douglas
                    Frederick A. Douglas, Bar No. 197897
                    Douglas & Boykin PLLC
                    1850 M Street, NW
                    Suite 640
                    Washington, D. C. 20036
                    202-776-0370 (V)
                    202-776-0975 (F)
                    E-Mail: FADouglas@douglasboykin.com

Dated: December 5, 2007        *Counsel*
                    *District of Columbia Housing Authority,*
                    *Michael P. Kelly and Lorry Bonds*