## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

| | |
|---|---|
| **FRANCHETT JONES,** : | |
| : | |
| *Plaintiff,* : | |
| : | Civil Action No. 07cv2170 JR |
| **v.** : | |
| : | |
| **DISTRICT OF COLUMBIA HOUSING** : | |
| **AUTHORITY,** : | |
| : | |
| **and** : | |
| : | |
| **MICHAEL KELLY, EXECUTIVE** : | |
| **DIRECTOR, DISTRICT OF COLUMBIA** : | |
| **HOUSING AUTHORITY,** : | |
| : | |
| **and** : | |
| : | |
| **LORRY BONDS, ADA/504 COORDINATOR,** : | |
| **DISTRICT OF COLUMBIA HOUSING** : | |
| **AUTHORITY,** : | |
| : | |
| *Defendants.* : | |

## CONSENT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

COME NOW Defendants, District of Columbia Housing Authority, Michael

Kelly, and Lorry Bonds (hereinafter "Defendants") through undersigned counsel, and

respectfully request an enlargement of time to file their responsive pleading by an

additional thirty (30) days up to and including January 7, 2008. Defendants submit that

good cause to grant the instant motion exists. In support of their motion, Defendants

submit the attached Points and Authorities and Proposed Order. Counsel for Plaintiff has

graciously consented to the requested relief.

Wherefore, Defendants respectfully request this court grants its Consent Motion to Extend Time to File Responsive Pleading up to and including January 7, 2008.

Respectfully submitted,

**DOUGLAS & BOYKIN PLLC**

/s/ Robert L. Dillard

_____
Frederick A. Douglas (Bar No. 197897)
Curtis A. Boykin (Bar No. 444120)
Margaret McFarland (Bar No. 351072)
Robert Dillard (Bar No. 492948)
1850 M Street, NW – Suite 640
Washington, DC  20036
(202) 776-0370, telephone
(202) 776-0975 fax

December 7, 2007                     *Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| **FRANCHETT JONES,** | : |
| | : |
| *Plaintiff,* | : |
| | : Civil Action No. 07cv2170 JR |
| **v.** | : |
| | : |
| **DISTRICT OF COLUMBIA HOUSING** | : |
| **AUTHORITY,** | : |
| | : |
| **and** | : |
| | : |
| **MICHAEL KELLY, EXECUTIVE** | : |
| **DIRECTOR, DISTRICT OF COLUMBIA** | : |
| **HOUSING AUTHORITY,** | : |
| | : |
| **and** | : |
| | : |
| **LORRY BONDS, ADA/504 COORDINATOR,** | : |
| **DISTRICT OF COLUMBIA HOUSING** | : |
| **AUTHORITY,** | : |
| | : |
| *Defendants.* | : |

**POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO**
**EXTEND TIME TO FILE RESPONSIVE PLEADING**

In support of their Consent Motion to Extend Time to File Responsive Pleading,

Defendants, District of Columbia Housing Authority, Michael Kelly, and Lorry Bonds

(hereinafter "Defendants") state the following:

1.      On November 1, 2007, Plaintiff, Franchett Jones, filed her Complaint in the

Superior Court for the District of Columbia alleging Defendants have violated § 504 of

the 1973 Rehabilitation Act, 29 U.S.C. §794(a), and related federal regulations 24 C.F.R.

pt. 8, 24 C.F.R. pt. 40 & App. A.; the Fair Housing Act Amendments; DCHA's

3

Voluntary Compliance Agreements with the United States Department of Housing and Urban Development; as well as the District of Columbia Human Rights Act and various District of Columbia Municipal Regulations issued by DCHA. *See* Complaint at ¶¶ 58-71

2.      On or about November 2, 2007, Plaintiff completed service of process upon Defendants.

3.      Defendants recently retained undersigned counsel to represent them in this matter, whereupon counsel promptly began its investigation into the facts underlying the allegations in the Complaint.

4.      To date, however, counsel for Defendants has not had sufficient time to complete its investigation into the facts underlying the allegations in the Complaint.  Counsel submits that an extension of time by an additional thirty (30) days up to and including January 7, 2008 will provide sufficient time for it to complete its investigation into the allegations and satisfy it obligations pursuant to Rule 11(b) of the Federal Rules of Civil Procedure.

5.      Counsel for Plaintiff has graciously consented to the requested relief and Defendants submit that the parties will not be prejudiced by the requested extension. Further, as a scheduling order has not been issued in this matter, the extension will not require an amendment to the court's schedule.

        Wherefore, in consideration of the aforementioned reasons, Defendants respectfully request this court grant its Consent Motion to Extend Time to File Responsive Pleading up to and including January 7, 2008.

Respectfully submitted,

**DOUGLAS & BOYKIN PLLC**

/s/ Robert L. Dillard

_____

Frederick A. Douglas (Bar No. 197897)
Curtis A. Boykin (Bar No. 444120)
Margaret McFarland (Bar No. 351072)
Robert Dillard (Bar No. 492948)
1850 M Street, NW – Suite 640
Washington, DC  20036
(202) 776-0370, telephone
(202) 776-0975 fax

December 7, 2007                    *Counsel for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Consent Motion to Extend Time to

File Responsive Pleading was sent, via electronic service this 7th day of December, 2007,

to:

Marjorie Rifkin, Esq.
University Legal Services-P&A
220 I Street, NW #202
Washington, DC 20002
*Counsel for Plaintiff*

/s/ Robert Dillard

_____

Robert L. Dillard

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | | |
|---|---|---|
| **FRANCHETT JONES,** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Civil Action No. 07cv2170 JR |
| **v.** | : | |
| | : | |
| **DISTRICT OF COLUMBIA HOUSING** | : | |
| **AUTHORITY,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **MICHAEL KELLY, EXECUTIVE** | : | |
| **DIRECTOR, DISTRICT OF COLUMBIA** | : | |
| **HOUSING AUTHORITY,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **LORRY BONDS, ADA/504 COORDINATOR,** | : | |
| **DISTRICT OF COLUMBIA HOUSING** | : | |
| **AUTHORITY,** | : | |
| | : | |
| *Defendants.* | : | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to File

Responsive Pleading up to and including January 7, 2008, it is this _____ day of

_____, 2007 **GRANTED**.

_____

Judge James Robertson

Copies to:

Frederick A. Douglas
Curtis A. Boykin
Margaret McFarland
1850 M Street, NW – Suite 640
Washington, DC  20036
*Counsel for Defendants*

Marjorie Rifkin, Esq.
University Legal Services-P&A
220 I Street, NW #202
Washington, DC 20002
*Counsel for Plaintiff*