UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| FRANCHETT JONES | ) | |
|     Plaintiff, | ) | APPEARANCE |
| | ) | |
| v. | ) | Civil Action No. 07cv2170 (JR) |
| | ) | |
| DISTRICT OF COLUMBIA HOUSING AUTHORITY, et al., | ) | |
|     Defendants. | ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Akua Gyimah-Brempong as counsel in this case for Plaintiff.

February 25, 2008                           _____/s/_____
Date                                              Signature

                                                          Akua A. Gyimah-Brempong, Esq.
                                                          Bar No. 495105
                                                          University Legal Services-P&A
                                                          220 I Street, NE, Suite 130
                                                          Washington, DC 20002
                                                          Phone: (202) 547-0198 ext. 102
                                                          Fax: (202) 547-2662