## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCHETT JONES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-2170 (JR) |
| DISTRICT OF COLUMBIA HOUSING AUTHORITY, *et al.*, | : |
| Defendants. | : |

### **ORDER**

The Court intended to take this case up at the hearing held on March 7, 2008, but failed to do so. The parties are directed to file status reports by March 28, 2008.

So **ordered**.


JAMES ROBERTSON
United States District Judge