**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANCHETT JONES,               : | |
|                                : | |
|         Plaintiff,             : | |
|                                : | |
|     v.                         : | Civil Action No. 07-2170 (JR) |
|                                : | |
| DISTRICT OF COLUMBIA HOUSING   : | |
| AUTHORITY, *et al.*,           : | |
|                                : | |
|         Defendants.            : | |

### ORDER

The parties reported on May 31, 2008, that this case was in negotiations for settlement. It is **ORDERED** that a stipulation of settlement, or a status report, be filed by June 27, 2008.


                                             JAMES ROBERTSON
                                     United States District Judge