UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **FRANCHETT JONES**  )<br>            **Plaintiff,**  )<br>                                        )<br>v.                                  )<br>                                        )<br>**DISTRICT OF COLUMBIA HOUSING**  )<br>**AUTHORITY, et al.,**              )<br>            **Defendants.**  )<br>_____ ) | Civil Action No. 07cv2170 (JR) |

## JOINT STATUS REPORT

The aforementioned Parties have in principle settled this action and anticipate that on or before July 15 , 2008 to file the appropriate motion requesting dismissal once the Settlement Agreement has been executed.

                                                          Respectfully Submitted,

                                                          _____/s/_____
                                                          Marjorie Rifkin, Esq.
                                                          Akua Gyimah-Brempong, Esq.
                                                          University Legal Services
                                                          220 I Street, NE, Suite 130
                                                          Washington, D.C. 20002
                                                          (202) 547-0198
                                                          (202) 547-2662 (fax)
                                                          mrifkin@uls-dc.org
                                                          *Attorneys for Plaintiff*


                                                                and

                                                          _____/s/_____
                                                          Frederick A. Douglas
                                                          Douglas & Boykin PLLC
                                                          1840 M Street, NW

Washington , D. C. 20036

Case 1:07-cv-02170-JR     Document 14     Filed 06/27/2008     Page 2 of 2