UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **FRANCHETT JONES** )<br>            **Plaintiff,** )<br> )<br>v.  )<br> )<br>**DISTRICT OF COLUMBIA HOUSING** )<br>**AUTHORITY, et al.,** )<br>            **Defendants.** )<br>_____) | Civil Action No. 07cv2170 (JR) |

## STATUS REPORT

The aforementioned parties agreed to terms of a Settlement Agreement on June 27, 2008. Plaintiff signed the Settlement Agreement on July 8, 2008 and has been awaiting Defendants' execution of the Settlement Agreement since that time.  Plaintiff will move to dismiss her Complaint within fifteen (15) days of receipt of the fully executed Settlement Agreement and Defendants' payment pursuant to the Agreement.  The undersigned have conferred with Defendants' Counsel regarding this matter.

Respectfully Submitted,

_____/s/_____
Marjorie Rifkin, Esq.
Akua Gyimah-Brempong, Esq.
University Legal Services
220 I Street, NE, Suite 130
Washington, D.C. 20002
(202) 547-0198
(202) 547-2662 (fax)
mrifkin@uls-dc.org
*Attorneys for Plaintiff*