**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FRANCHETT JONES,                        :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 : Civil Action No. 07-2170 (JR)
                                        :
DISTRICT OF COLUMBIA HOUSING            :
AUTHORITY, *et al.*,                    :
                                        :
          Defendants.                   :

## ORDER

Unless the parties have sooner filed a stipulation of settlement and dismissal, their attorneys must attend a status conference, which the Clerk is directed to set for an inconvenient hour on the Friday before the Labor Day weekend.


                              JAMES ROBERTSON
                         United States District Judge