UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **FRANCHETT JONES** )<br>        **Plaintiff,** )<br>        )<br>v. )<br>        )<br>**DISTRICT OF COLUMBIA HOUSING** )<br>**AUTHORITY, et al.,** )<br>        **Defendants.** )<br>_____) | Civil Action No. 07cv2170 (JR) |

### PLAINTIFF'S VOLUNTARY MOTION TO DISMISS THE COMPLAINT AGAINST THE DEFENDANTS

Plaintiff hereby moves for dismissal with prejudice of her Complaint against the District of Columbia Housing Authority, Michael Kelly and Lorry Bonds pursuant to Fed. R. Civ. P. 41.

The aforementioned parties completed their negotiations of the terms of a Settlement Agreement on June 27, 2008. Ms. Jones signed the Settlement Agreement on July 8, 2008 and awaited Defendants' execution of the Settlement Agreement, which occurred on July 22, 2008. Pursuant to the Agreement, Defendants were required to pay Plaintiff's damage and attorneys' fees award "[w]ithin fifteen (15) days of the execution of th[e] Agreement", i.e., on or before August 6, 2008. Ms. Jones committed to file a Motion to Dismiss her complaint "within 15 days of the payment by DCHA", i.e., on or before August 21, 2008. Due to the fact that DCHA failed to comply with the payment terms of the Settlement Agreement and Plaintiff's counsel received a check on August 20 2008, Plaintiff was delayed in filing her Motion to Dismiss the complaint.

Plaintiff hereby agrees to dismiss with prejudice her Complaint against Defendants District of Columbia Housing Authority, Michael Kelly and Lorry Bonds.

A proposed Order is attached.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Akua Gyimah-Brempong, Esq.
                                                    Marjorie Rifkin, Esq.
                                                    University Legal Services
                                                   220 I Street, NE, Suite 130
                                                   Washington, D.C. 20002
                                                   (202) 547-0198
                                                   (202) 547-2662 (fax)
                                                   abrempong@uls-dc.org
                                                   *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **FRANCHETT JONES**        ) | |
|        **Plaintiff,**        ) | |
|                                 ) | |
| v.                                              ) | Civil Action No. 07cv2170 (JR) |
|                                 ) | |
| **DISTRICT OF COLUMBIA HOUSING** ) | |
| **AUTHORITY, et al.,**           ) | |
|        **Defendants.**        ) | |
| _____) | |

Having reviewed PLAINTIFF'S VOLUNTARY MOTION TO DISMISS THE COMPLAINT AGAINST THE DEFENDANTS, it is hereby

ORDERED that:

The Complaint is hereby DISMISSED WITH PREJUDICE against District of Columbia Housing Authority, Michael Kelly and Lorry Bonds.

_____
Honorable Judge James Robertson
United States District Judge